IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA,

v.  CRIMINAL NO. 3:16cr54 HTW-FKB

MARK LONGORIA

NOTICE OF JUDICIAL ASSIGNMENT

The United States Attorney, through his Assistant, submits this Notice of Judicial Assignment and submits in support of this Notice the following:

1. The information in this case was filed on July 25, 2016.

2. The information in this case involves substantially the same parties and factual situation as the indictment in Criminal No. 3:14cr111HTW-FKB which was returned by the Grand Jury on August 5, 2014, and previously assigned to United States District Judge Henry T. Wingate.

Based on the foregoing, it is therefore requested that the information be assigned to United States District Judge Henry T. Wingate since United States District Judge Henry T. Wingate is familiar with the facts and parties in this case and already handling the case listed above.

GREGORY K. DAVIS
United States Attorney

By: /s/ Darren J. LaMarca
Darren J. LaMarca
Assistant U.S. Attorney
MS Bar #1782