IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL No. 3:16cr54HTW-FKB-001
 USM No.: 19909-043

MARK LONGORIA

### ORDER ON SELF-SURRENDER DATE TO THE U.S. BUREAU OF PRISONS

Leave of Court is granted to change the defendant's date of surrender for service of sentence at the institution designated by the U.S. Bureau of Prisons from April 17, 2017, to May 8, 2017, by 9:00 A.M.

**SO ORDERED AND ADJUDGED** this the  12th  day of  April , **2017.**

 s/ HENRY T. WINGATE
THE HONORABLE HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE